UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Leamon B Walton  
    Janet M Walton  
        Debtor(s)

Case No. 15 B 26508

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2015.

2) The plan was confirmed on 10/07/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/13/2017, 02/26/2018, 03/19/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 12/14/2018.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $28,728.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$28,728.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,910.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,225.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,135.40** |

Attorney fees paid and disclosed by debtor:    $1,090.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Recovery Bureau, Inc. | Unsecured | 2,713.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 0.00 | 8,400.16 | 8,400.16 | 0.00 | 0.00 |
| American Infosource | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Barbara Rackouski | Unsecured | 4,190.00 | NA | NA | 0.00 | 0.00 |
| Budco-Nissan | Unsecured | 1,780.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Cardiac Care Associates, PC | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| CB USA Inc. | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,000.00 | 2,179.00 | 2,179.00 | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,053.00 | 1,011.79 | 1,011.79 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Daniel T Weber MD SC | Unsecured | 1,412.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 1,848.00 | 24,849.39 | 24,849.39 | 0.00 | 0.00 |
| Discover Bank | Unsecured | 8,332.00 | 8,640.46 | 8,640.46 | 0.00 | 0.00 |
| Eagle Properties Inc | Unsecured | 7,200.00 | NA | NA | 0.00 | 0.00 |
| eCast Settlement Corp. | Unsecured | 2,565.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 1,918.50 | 1,918.50 | 0.00 | 0.00 |
| Edward Hospital | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |
| Heights Finance CORP | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Heights Finance Corporation | Unsecured | 1,105.00 | 429.18 | 429.18 | 0.00 | 0.00 |
| Heritage Acceptance Corp | Unsecured | 6,285.00 | 5,996.40 | 5,996.40 | 0.00 | 0.00 |
| Housing & Urban Development | Unsecured | 61,351.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 9,000.00 | 8,939.00 | 8,939.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 263.00 | 217.60 | 217.60 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 1,232.06 | 1,232.06 | 1,025.93 | 0.00 |
| Illinois Tollway | Unsecured | 1,000.00 | 1,961.70 | 1,961.70 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,000.00 | 1,430.73 | 1,430.73 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6,275.00 | 33,760.01 | 33,760.01 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,294.00 | 7,963.35 | 7,963.35 | 6,630.97 | 0.00 |
| Internal Revenue Service | Secured | 45,684.00 | 2,505.00 | 2,505.00 | 2,505.00 | 113.26 |
| Janice Mandla Mattingly P.C. | Unsecured | 9,366.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 550.00 | 685.04 | 685.04 | 0.00 | 0.00 |
| Ken Rich Concrete Lifting | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Lake Anesthesia Associates | Unsecured | 872.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Max Lend | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 4,590.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 245.00 | 243.75 | 243.75 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 255.00 | 255.00 | 0.00 | 0.00 |
| Naperville Radiologists | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Neurology Associates | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Nicholas Financial Inc | Secured | 21,464.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 146,404.00 | 154,326.16 | 154,326.16 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 7,600.00 | 13,254.28 | 7,600.00 | 7,600.00 | 0.00 |
| Pathology Consultants, Inc. | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Pentagon Federal Credit Union | Secured | 6,400.00 | 6,248.25 | 6,248.25 | 6,248.25 | 469.19 |
| Performance Dental Care | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,638.00 | 2,506.10 | 2,506.10 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,181.00 | 753.06 | 753.06 | 0.00 | 0.00 |
| Primary Healthcare Assoc. | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| QC Financial Services Inc DBA First Choi | Unsecured | 2,500.00 | 2,879.88 | 2,879.88 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| Receivable Management | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp. | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Specialty Physicians of Illinois | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| St. Anthony Medical Center | Unsecured | 2,794.00 | NA | NA | 0.00 | 0.00 |
| St. Francis Medical Group | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| St. James Hospital | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| TECH Credit Union | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| TECH Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | 0.00 | 1,210.38 | 1,210.38 | 0.00 | 0.00 |
| United Student Aid Funds Inc (USAF) | Unsecured | 21,055.00 | 11,142.84 | 11,142.84 | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 1,575.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 2,869.00 | NA | NA | 0.00 | 0.00 |
| US Small Business Administration | Unsecured | 0.00 | 23,059.84 | 23,059.84 | 0.00 | 0.00 |
| Village of Flossmoor | Unsecured | 464.00 | 464.00 | 464.00 | 0.00 | 0.00 |
| Village of Lynwood | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Matteson | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| WF/EFS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $154,326.16 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,600.00 | $7,600.00 | $0.00 |
| Debt Secured by Vehicle | $6,248.25 | $6,248.25 | $469.19 |
| All Other Secured | $2,505.00 | $2,505.00 | $113.26 |
| **TOTAL SECURED:** | **$170,679.41** | **$16,353.25** | **$582.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,195.41 | $7,656.90 | $0.00 |
| **TOTAL PRIORITY:** | **$9,195.41** | **$7,656.90** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$142,933.81** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,135.40 |
| Disbursements to Creditors | $24,592.60 |
| **TOTAL DISBURSEMENTS :** | **$28,728.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/31/2018                         By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**